UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH LEWIS, JR., KENTRELL PARKER, | * | CIVIL ACTION |
| FARRELL SAMPIER, REGINALD | * | |
| GEORGE, JOHN TONUBBEE, OTTO | * | NO. 3:15-cv-00318 |
| BARRERA, CLYDE CARTER, CEDRIC | * | |
| EVANS, EDWARD GIOVANNI, RICKY D. | * | JUDGE SHELLY D. DICK |
| DAVIS, LIONEL TOLBERT, and RUFUS | * | |
| WHITE, on behalf of themselves and all | * | MAGISTRATE JUDGE |
| others similarly situated, | * | RICHARD L. BOURGEOIS |
| | * | |
| VERSUS | * | |
| | * | |
| BURL CAIN, Warden of the Louisiana State | * | |
| Penitentiary, in his official capacity; | * | |
| STEPHANIE LEMARTINIERE, Assistant | * | |
| Warden for Health Services, in her official | * | |
| Capacity; JAMES M. LEBLANC, Secretary of | * | |
| THE LOUISIANA DEPARTMENT OF | * | |
| PUBLIC SAFETY AND CORRECTIONS | * | |

**************************************************************************

## AFFIDAVIT

**BEFORE ME**, the undersigned Notary Public qualified in the aforesaid state and parish,

personally came and appeared:

**JAMES M. LeBLANC**

who, after being duly sworn by me, did depose and state:

1.      I have been employed by the State of Louisiana Department of Public Safety and

Corrections ("DOC") since 1973. I have been Secretary of DOC ("Secretary") from January 2008

through the present time. I served as Acting Chief of Operations for DOC for a period prior to that

and as Warden of Dixon Correctional Institute for the preceding twelve (12) years. I have served

in various capacities, including Undersecretary (1992 – 1995), as well as interim Director of

Probation and Parole (1998 – 1999). I received a B.A. in Business Administration from

Southeastern Louisiana University in December 1972, with minors in Marketing and Accounting.

EXHIBIT
1
PENGAD 800-631-6989

2.      With regards to DOC's ongoing response to the COVID-19 Pandemic, DOC has an existing infectious disease and pandemic prevention and response plan in place to protect the safety of all offenders within the DOC system.

3.      As part of its infection control program, DOC Influenza and Pandemic Viral Outbreaks regulation provides a formal policy and procedure concerning the planning, preparation, and management of a pandemic viral disease or an influenza outbreak. DOC recognizes that a pandemic or an influenza outbreak may not follow an expected course and may present new challenges. DOC has activated this regulation to the highest level, and DOC facility plans have been customized specifically to address COVID-19.

4.      Pursuant to the governing Department Regulation, each state prison has implemented a thorough and detailed Continuity of Operations Plan ("COOP"), which have been reviewed by DOC Headquarters Medical/Operations.

5.      DOC is coordinating with the Governor's office and other state agencies to stay up to date on all COVID-19 related issues, developments, and discussions.

6.      I have daily phone calls with the Unified Command Group headed by the Governor. I, along with all other Cabinet Secretaries and other local and state leadership officials, participate in these phone calls.

7.      DOC is actively involved in the statewide management and response through the Governor's Office of Homeland Security and Emergency Preparedness.

8.      DOC has conference calls every Monday, Wednesday, and Friday that include all DOC leadership, all Wardens, Louisiana State Police, and the Louisiana Sheriff's Association. These phone calls discuss updates from each institution, medical reports and updates, institutional reports, and strategy for continued management related to COVID-19.

9.      DOC has suspended visitation, volunteering, tours, transfers between prisons/ routine transfers from local level, and postponed the Angola spring rodeo, all in effort to minimize movement.

10.     DOC has limited new intakes to only those who must be housed in a state prison. Each intake is screened and assessed for symptoms, and then quarantined for 14 days before placed in general population.

11.     DOC has created a COVID-19 webpage on its website and updates it frequently with the latest information. This has proven useful for staff and offenders' families during this pandemic.

12.     DOC has created two COVID-19 informational videos for offenders. These videos include an introduction by me and the onsite physician at Angola, an overview of DOC's response to the pandemic, and proactive ways offenders can reduce risk of infection. These videos are available in both English and Spanish. These videos are played on loop at all prisons and are also available on DOC's website for families to view.

13.     DOC, together with Securus Technologies, Inc., is providing offenders in state-run prisons two (2) free 15-minute phone calls per week and two (2) free email stamps per week to allow offenders to maintain communication with family and friends during this crisis.

14.     DOC has suspended medical visit co-payments in state prisons.

15.     DOC has suspended the two-hundred and fifty dollar ($250) minimum account balance requirement on offender bank accounts in state prisons.

16.     DOC has also required and ensured that ample hand sanitizer and soap are readily available at all state prisons. Offenders will be issued additional free bars of soap on an ongoing basis.

17.     DOC is following the guidelines of the United States Centers for Disease Control and Prevention ("CDC").

18.     In addition to the CDC guidelines, DOC has instituted reverse isolation for the most vulnerable of the offender population.  Approximately two weeks ago, DOC identified offenders most at risk for infection and began reverse isolation of those offenders.

19.     DOC has obtained from the Louisiana Department of Health ("LDH") COVID-19 test sample collection kits, which have been issued to all prison facilities.

20.     DOC has issued offender testing criteria guidelines to all state facilities, which are based upon the direction of LDH. The guidelines require that any offender exhibiting symptoms of an influenza-like illness, such as fever or fever and a cough shall be tested for COVID-19 and influenza.

21.     DOC has provided Personal Protective Equipment ("PPE") to staff and offenders, as needed.

22.     DOC has issued COVID-19-specific guidelines and trained all state prisons regarding screening, isolation, quarantine, housing, proper use of PPE, and precautionary measures.  These guidelines are revised and updated as the CDC issues new information.

23.     Each DOC facility has quarantine and isolation capabilities, which are used as needed.

24.     DOC implemented daily tracking of all offender influenza and COVID-19 testing at each facility and delivers the COVID-19 test samples to LDH for laboratory testing.

25.     On March 16, 2020, a "Call to Action" plan related to COVID-19 in Louisiana jails and prisons was initiated by The Promise of Justice Initiative, the ACLU of Louisiana, the Southern Poverty Law Center and other organizations. Mercedes Montagnes, lead counsel for Plaintiffs, is the Executive Director of The Promise of Justice Initiative, and Plaintiffs are also represented by the ACLU of Louisiana and the Southern Poverty Law Center. This "Call to Action" publicly disseminated my email address, as well as the email addresses of DOC General Counsel Jonathan

Vining, and the Governor's Executive Counsel Matthew Block, among others. It encouraged persons to repeatedly forward an identical letter to the leadership of DOC and the State of Louisiana, which overwhelmed the email accounts of those employees. Instead of devoting all available time to the underlying emergency declaration, valuable resources have been devoted to receiving hundreds of email forwards of the same chain letter each day since March 16.

26.    The foregoing is true to the best of my knowledge, information, and belief.


_____
James M. LeBlanc

SWORN TO AND SUBSCRIBED before me, Notary, on the __1__ day of

__April_____, 2020.


_____
Notary Public

AISHA K MIRZA

NOTARY PUBLIC
138785
BAR ROLL 35525

STATE OF LOUISIANA
COMMISSIONED FOR LIFE

52388214.v1

5