UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL GUMNS, MICHAEL VIDEAU, TREVON WILEY, IAN CAZENAVE, REGINALD GEORGE, LIONEL TOLBERT, OTTO BARRERA, KENTRELL PARKER, MICHAEL ROBINSON, JULIUS ALLEN, ERNEST ROGERS, ALFOANSO GARNER, BRADLEY WINTERS, KENDRICK WILSON, and JAMES HUGHES, on behalf of themselves and all similarly situated individuals,<br>                     Plaintiffs, | |
| VERSUS | CIVIL ACTION NO. 3:20-cv-00231-SDD-RLB |
| JOHN BEL EDWARDS, in his official capacity as Governor of the State of Louisiana; LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS; JAMES LEBLANC, in his official capacity as Secretary of the Department of Safety and Corrections; JOHN MORRISON, in his official capacity as Medical Director of the Department of Safety and Corrections; LOUISIANA DEPARTMENT OF HEALTH; and STEPHEN R. RUSSO, in his official capacity as Interim Secretary of the Louisiana Department of Health,<br>                     Defendants, | CLASS ACTION |

******************************************************************************

## MEMORANDUM IN OPPOSITION TO
## PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

**NOW INTO COURT**, through undersigned counsel, come Defendants, Louisiana Department of Health ("LDH") and Stephen R. Russo in his official capacity as Interim secretary of DHH ("Russo") (collectively, Defendants), which oppose the plaintiffs' emergency motion to restrain defendants from transferring COVID-19 carriers to Louisiana State Penitentiary. In

support of this motion Defendants adopt and incorporate herein the opposition filed by the Louisiana Department of Public Safety & Corrections, James LeBlanc and John Morrison. (R. Doc 24)

For all of these reasons, Defendants respectfully request that the Court deny the relief sought by the plaintiffs in the instant motion.

Respectfully Submitted:

**MCGLINCHEY STAFFORD, PLLC**

*/s/M. Brent Hicks*
**M. BRENT HICKS #23778**
**JUSTON M. O'BRIEN, #26447**
**ZELMA MURRAY FREDERICK, #31459**
301 Main Street, 14th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
bhicks@mcglinchey.com
jobrien@mcglinchey.com
zfrederick@mcglinchey.com
*Attorneys for Louisiana Department of Health and Hospitals and Stephen R. Russo, Interim Secretary for Louisiana Department of Health and Hospitals*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 28th day of April, 2020.

*/s/M. Brent Hicks*
M. Brent Hicks