UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DANIEL GUMNS, MICHAEL
VIDEAU, TREVON WILEY,
IAN CAZENAVE, REGINALD
GEORGE, LIONEL TOLBERT,
OTTO BARRERA, KENTRELL
PARKER, MICHAEL ROBINSON,
JULIUS ALLEN, ERNEST ROGERS,
ALFOANSO GARNER, BRADLEY
WINTERS, KENDRICK WILSON, and
JAMES HUGHES, on behalf of themselves
and all similarly situated individuals,
            Plaintiffs,

VERSUS                       CIVIL ACTION NO. 3:20-cv-00231-SDD-RLB

JOHN BEL EDWARDS, in his official     CLASS ACTION
capacity as Governor of the State of
Louisiana; LOUISIANA DEPARTMENT
OF PUBLIC SAFETY & CORRECTIONS;
JAMES LEBLANC, in his official capacity
as Secretary of the Department of Safety and
Corrections; JOHN MORRISON, in his
official capacity as Medical Director of the
Department of Safety and Corrections;
LOUISIANA DEPARTMENT OF HEALTH;
and STEPHEN R. RUSSO, in his official
capacity as Interim Secretary of the
Louisiana Department of Health,
            Defendants,

********************************************************************************

### MEMORANDUM IN OPPOSITION TO
### PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

**NOW INTO COURT**, through undersigned counsel, comes Defendant John Bel Edwards, in his official capacity as Governor for the State of Louisiana ("Governor Edwards"), who opposes the plaintiffs' emergency motion to restrain defendants from transferring COVID-19 carriers to Louisiana State Penitentiary. In support of this motion, Governor Edwards adopts and incorporates

1570840.1                                1

herein the opposition filed by the Louisiana Department of Public Safety & Corrections, James LeBlanc and John Morrison. (R. Doc 24).

For all of these reasons, Governor Edwards respectfully requests that the Court deny the relief sought by the plaintiffs in the instant motion.

Respectfully Submitted:

**MCGLINCHEY STAFFORD, PLLC**

*/s/M. Brent Hicks*
**M. BRENT HICKS #23778**
**JUSTON M. O'BRIEN, #26447**
**ZELMA MURRAY FREDERICK, #31459**
301 Main Street, 14th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
bhicks@mcglinchey.com
jobrien@mcglinchey.com
zfrederick@mcglinchey.com
*Attorney for John Bel Edwards, in his official capacity as Governor for the State of Louisiana*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 29th day of April, 2020.

*/s/M. Brent Hicks*
M. Brent Hicks

1570840.1                            2