UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
APRIL 30, 2020
CHIEF DISTRICT JUDGE SHELLY D. DICK

**DANIEL GUMNS, ET AL.**                              **CIVIL ACTION**

**VERSUS**

**20-231-SDD-RLB**

**JOHN BEL EDWARDS, ET AL.**

Due to the current national emergency caused by the COVID-19 virus, this matter came on this day for a hearing on Plaintiffs' *Emergency Motion for Temporary Restraining Order*.[1]

    **PRESENT:**  Mercedes Montagnes, Esq.
                     Jared Davidson, Esq.
                     Jamila Johnson, Esq.
                     Nishi Kumar, Esq.
                     Sharon Frase, Esq.
                     Lacey Bangle, Esq.
                     **Counsel for Plaintiffs**

                     Andrew Blanchfield, Esq.
                     Jonathan Vining, Esq.
                     Keith Fernandez, Esq.
                     Zelma Frederick, Esq..
                     Brent Hicks, Esq.
                     David  McKay, Esq.
                     Randy Robert, Esq.
                     Connell Archey, Esq.
                     **Counsel for Defendant**

Counsel make appearances.

Plaintiffs move for the sequestration of fact witnesses and the Court grants the Motion.

---

[1] Rec. Doc. 15.

Plaintiffs and Defendants all waived appearances and consented to proceed via video conference.

Defendants' exhibits 1 through 55 are admitted without objection subject to redaction or filing under seal to accommodate protected health information.

Plaintiffs' exhibits 1 through 15, 24, 25, and 27 through 37 are admitted without objection.

Witness number 1 is presented via Declaration dated 4/29/2020 (Plaintiffs' Exhibit 49) in lieu of live testimony.

Witness number 2 is sworn and testifies.

Witness number 3 is sworn and testifies.

Witness number 4 is sworn and testifies.

Plaintiffs rest.

Defendants move for a *Judgment of Partial Findings* under Federal Rule of Civil Procedure 52(c). Court denies the Motion because evidence was presented that calls the conditions of Camp J into question as to whether they are constitutionally satisfactory as it relates to the conditions of confinement of COVID-19 patients.

Defense witness number 1 is sworn and the tender is denied as a correctional medicine expert but is granted to give opinion testimony as an expert in general medicine and surgery. The witness testifies and is cross examined.

Defense witness number 2 is sworn, testifies, and is cross examined.

Defense witness number 3 is sworn, testifies, and is cross examined.

Defense rests.

Plaintiffs call a rebuttal witness who is sworn, tendered and accepted as an expert witness in the fields of correctional medicine and the care and treatment of patients with COVID-19 with no objection, and who testifies and is cross examined.

Court orders post-trial briefs, not to exceed twenty (20) pages, due by 5:00 p.m. Monday, 5/4/2020.

* * * * *

Cv25c/5.75