UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANIEL GUMNS, MICHAEL VIDEAU, TREVON WILEY, IAN CAZENAVE, REGINALD GEORGE, LIONEL TOLBERT, OTTO BARRERA, KENTRELL PARKER, MICHAEL ROBINSON, JULIUS ALLEN, ERNEST ROGERS, ALFOANSO GARNER, BRADLEY WINTERS, KENDRICK WILSON, and JAMES HUGHES, on behalf of themselves and all similarly situated individuals,**<br>              Plaintiffs, | |
| **VERSUS** | **CIVIL ACTION NO. 3:20-cv-00231-SDD-RLB** |
| **JOHN BEL EDWARDS, in his official capacity as Governor of the State of Louisiana; LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS; JAMES LEBLANC, in his official capacity as Secretary of the Department of Safety and Corrections; JOHN MORRISON, in his official capacity as Medical Director of the Department of Safety and Corrections; LOUISIANA DEPARTMENT OF HEALTH; and STEPHEN R. RUSSO, in his official capacity as Interim Secretary of the Louisiana Department of Health,**<br>              Defendants, | **CLASS ACTION** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### POST HEARING BRIEF

**NOW INTO COURT**, through undersigned counsel, come Defendants, John Bel Edwards, in his official capacity as Governor of the State of Louisiana ("Governor Edwards"), Louisiana Department of Health ("LDH") and Stephen R. Russo in his official capacity as Interim secretary of LDH ("Russo") (collectively, Defendants), which oppose plaintiffs' request for a temporary restraining order and preliminary injunction. In support, Defendants adopt and

1572049.2                                                          1

incorporate herein the Post-Hearing Memorandum filed by the Louisiana Department of Public Safety & Corrections, James LeBlanc and John Morrison.

                Respectfully Submitted:

**MCGLINCHEY STAFFORD, PLLC**

*/s/M. Brent Hicks*
**M. BRENT HICKS #23778**
**JUSTON M. O'BRIEN, #26447**
**ZELMA MURRAY FREDERICK, #31459**
301 Main Street, 14th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
bhicks@mcglinchey.com
jobrien@mcglinchey.com
zfrederick@mcglinchey.com
*Attorneys for John Bel Edwards, in his official capacity as Governor for the State of Louisiana, Louisiana Department of Health and Stephen R. Russo, Interim Secretary for Louisiana Department of Health*

and

**KIMBERLY HUMBLES #24465**
**DAVID L. McCAY #23527**
Louisiana Department of Health
Bureau of Legal Services
628 N. 4th Street (Bienville Building), Rm. 865
(P. O. Box 3836 (70821-3836)
Baton Rouge, LA  70802
Telephone:  (225) 342-2556
kimberly.humbles@la.gov
david.mccay@la.gov
*Attorneys for Louisiana Department of Health and Stephen R. Russo, Interim Secretary for Louisiana Department of Health*

1572049.2           2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 4th day of May, 2020.

*/s/M. Brent Hicks*
M. Brent Hicks