UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL GUMNS, MICHAEL VIDEAU, TREVON WILEY, IAN CAZENAVE, REGINALD GEORGE, LIONEL TOLBERT, OTTO BARRERA, KENTRELL PARKER, MICHAEL ROBINSON, JULIUS ALLEN, ERNEST ROGERS, ALFOANSO GARNER, BRADLEY WINTERS, KENDRICK WILSON, and JAMES HUGHES, on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN BEL EDWARDS, in his official capacity as Governor of the State of Louisiana; LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS; JAMES LEBLANC, in his official capacity as Secretary of the Department of Safety and Corrections; JOHN MORRISON, in his official capacity as Medical Director of the Department of Safety and Corrections; LOUISIANA DEPARTMENT OF HEALTH; and STEPHEN R. RUSSO, in his official capacity as Interim Secretary of the Louisiana Department of Health,<br><br>Defendants. | CIVIL ACTION NO. 3:20-cv-00231-SDD-RLB<br><br>CLASS ACTION |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW INTO COURT COME Plaintiffs in the above-captioned matter, through undersigned counsel, who hereby voluntarily dismiss all causes of action in their class action complaint without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have neither filed an answer to the complaint nor a motion for summary judgment as to Plaintiffs' claims, and the

1

Court has not yet certified a class. Immediate dismissal without action from this Court is therefore appropriate under Rule 41(a)(1)(A)(i).[1]

Respectfully submitted this 1st day of June, 2020.

Respectfully submitted by:

/s/ Mercedes Montagnes
Mercedes Montagnes, La. Bar No. 33287
Jamila Johnson, La. Bar No. 37953
Nishi Kumar, La. Bar No. 37415
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955
Facsimile: (504) 595-8006
Email: mmontagnes@defendla.org

Jared Davidson, La. Bar No. 37093
Southern Poverty Law Center
201 Saint Charles Avenue, Suite 2000
New Orleans, LA 70170
Telephone: (504) 486-8982
Facsimile: (504) 486-8947
Email: jared.davidson@splcenter.org

Melinda Haag, *Pro Hac Vice*
Sharon Frase, *Pro Hac Vice*
Lacey Bangle, *Pro Hac Vice*
Orrick, Herrington & Sutcliffe, LLP
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5495
Fax: (415) 773-5759
Email: mhaag@orrick.com
Email: sfrase@orrick.com
Email: lbangle@orrick.com

*Attorneys for Plaintiffs*

---

[1] *See Kyzar v. Am. Nat'l Prop. & Cas. Co.*, No. 15-527-SDD-EWD, 2016 U.S. Dist. LEXIS 65791, at *2 (M.D. La. May 18, 2016) (finding that "[t]he filing of a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) is effective *immediately* and does not require action by the Court" when there has "been no answer or summary judgment motion filed by [Defendants].") (internal citation omitted) (emphasis in original); *see also Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 293 (5th Cir. 2013).

2

## CERTIFICATE OF SERVICE

I, Nishi Kumar, an attorney, hereby certify that on June 1, 2020, I caused a copy of the foregoing to be filed using the Court's CM/ECF system.

I further certify that I, or another one of Plaintiffs' attorneys, will promptly electronically serve a copy of the same, along with all other pleadings and papers filed in the action to date to the General Counsel for the Louisiana Department of Corrections, the General Counsel for the Louisiana Governor, and the General Counsel for the Louisiana Department of Health, as well as the Louisiana Department of Justice Director of Litigation via email.

/s/ Nishi Kumar
Nishi Kumar, La. Bar No. 37415